UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| LISA GONSALVES, Mother and Personal Representative of the Estate of Wakanda O. Gonsalves, deceased; and LEON GONSALVES, Father of Wakanda Gonsalves, <br> Plaintiffs, <br><br> vs. <br><br> PATRICK J. ADAMS, M.D. and MEDICAL DOCTOR ASSOCIATES, L.L.C., <br><br> Defendants. | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | CIV. 14-1006 <br><br><br><br><br> **JOINT MOTION FOR DISMISSAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The above-named parties, by and through their respective undersigned counsel of record, hereby jointly move the Court for an Order and Judgment dismissing this action with prejudice, and with all parties bearing their own costs and attorneys' fees.

WHEREFORE, the parties hereby request that the Court enter an Order and Judgment dismissing this action with prejudice, with all parties to bear their own costs and attorneys' fees, and for such other and further relief as is just and equitable.

Dated at Sioux Falls, South Dakota, this 30th day of December, 2015.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

*/s/ Melissa C. Hinton*
Melissa C. Hinton
Mark W. Haigh
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: mhinton@dehs.com;
  mhaigh@dehs.com
*Attorneys for Defendants Patrick J. Adams, M.D. and Medical Doctor Associates, L.L.C.*

Dated at Sioux Falls, South Dakota, this __29__ day of December, 2015.

                                        LYNN, JACKSON, SHULTZ &
                                        LEBRUN, P.C.

                                        /s/ Michael L. Luce
                                        Michael L. Luce
                                        110 N. Minnesota Avenue, Suite 400
                                        PO Box 2700
                                        Sioux Falls, SD 57101-2700
                                        Telephone: (605) 332-5999
                                        E-mail: mluce@lynnjackson.com
                                        *Attorneys for Plaintiffs*