UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| LISA GONSALVES, Mother and Personal Representative of the Estate of Wakanda O. Gonsalves, deceased; and LEON GONSALVES, Father of Wakanda Gonsalves, | \* \* \* \* \* \* | CIV. 14-1006 |
| Plaintiffs, | \* \* | **JUDGMENT** |
| vs. | \* \* | |
| PATRICK J. ADAMS, M.D. and MEDICAL DOCTOR ASSOCIATES, L.L.C., | \* \* \* \* | |
| Defendants. | \* \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Joint Motion for Dismissal, it is

ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

Dated this \_\_31st\_\_ day of December, 2015.

BY THE COURT:

Charles B. Kornmann
Hon. Charles B. Kornmann
United States District Judge

1